HARTZ, Circuit Judge,
concurring:
In my view the government breached its plea agreement with Ms. Lente. The government cannot stipulate in the plea agreement that a defendant is entitled to a guidelines reduction in offense level for acceptance of responsibility and then endorse a presentence-report recommendation that the court vary upward because of the defendant’s failure to accept responsibility. See United States v. Cachucha, 484 F.3d 1266, 1270 (10th Cir.2007). Although this breach by the government does not implicate the sentencing judge in any wrongdoing, we have recognized that the only relief that we can grant is resentenc-ing by another judge. See id. at 1271 (“We intend no criticism of the district judge by this action, and none should be inferred.” (internal quotation marks omitted)).